UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WHITNEY EQUIPMENT COMPANY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Defendant. | Case No. 2:18-cv-01634-RSL<br><br>ORDER GRANTING PLAINTIFF'S STIPULATED MOTION TO AMEND COMPLAINT |

The Court, having considered this stipulated motion on file herein and being fully advised; IT IS HEREBY ORDERED as follows:

Plaintiff Whitney Equipment Company, Inc., shall, within seven days of the date of this Order, file its proposed Amended Complaint, attached hereto as Exhibit A, with this Court and serve the same.

DATED this 6th day of June, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S STIPULATED
MOTION TO AMEND COMPLAINT - 1
(Case No. 2:18-cv-01634-RSL)

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599