UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WHITNEY EQUIPMENT CO., INC., | |
| Plaintiff, | Case No. C18-1634RSL |
| v. | ORDER STRIKING MOTION TO STRIKE |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | |
| Defendant. | |

This matter comes before the Court on plaintiff's "Motion to Strike Defendant's Separate Objections to Evidence." Dkt. # 45. Pursuant to Local Civil Rule 7(g), objections to material contained in or attached to a motion "shall not be presented in a separate motion to strike, but shall instead be included in the responsive brief and will be considered with the underlying motion." Defendant's separate "memorandum" motion is not authorized by the rules and, as defendant acknowledges, is duplicative of objections properly raised within the confines of its response: the separately-stated objections are therefore STRICKEN. The Court will not consider, and plaintiff need not respond to, Dkt. # 39.

Dated this 30th day of October, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STRIKING MOTION TO STRIKE
-1-